# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| QUEST DIAGNOSTICS VENTURE, LLC, | : | No. 1 MAP 2016 |
| | : | |
| Appellant | : | Appeal from the Order of |
| | : | Commonwealth Court at No. 782 FR |
| | : | 2012 dated December 15, 2015 |
| v. | : | overruling the exceptions and entering |
| | : | judgment of the June 9, 2015 order that |
| | : | affirmed the decision of the Board of |
| COMMONWEALTH OF PENNSYLVANIA, | : | Finance and Revenue order dated |
| | : | October 5, 2012 at No. 1204040. |
| Appellee | : | |

## ORDER

**PER CURIAM**                                        **DECIDED: September 28, 2016**

AND NOW, this 28th day of September, 2016, the order of the Commonwealth Court is hereby **AFFIRMED**. Quest Diagnostics Venture, LLC's Application for Relief Pursuant to Appellate Rule 123 to Grant Oral Argument is hereby **DENIED** as moot.